```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 53014
    HERSHEL R HOWARD
    MINDY G HOWARD                         CHAPTER 13

                                           JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0097    SSN XXX-XX-2835
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/13/05 and confirmed on 01/19/06.

2. The case was dismissed after confirmation, 08/24/2007.

3. The Debtor paid a total of $ 17000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 750.00 | .00 | 459.15 |
| GMAC PAYMENT CENTER | SECURED | 21000.00 | .00 | 12855.69 |
| HARLEM FURNITURE | SECURED | 1000.00 | .00 | 612.18 |
| AMERICAN GENERAL FINANCE | UNSECURED | 114.76 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 898.95 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6452.90 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1149.92 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 2687.17 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1152.35 | .00 | .00 |
| NATIONS BANK | UNSECURED | NOT FILED | .00 | .00 |
| CACV OF COLORADO | UNSECURED | 2466.11 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8599.01 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4885.14 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 3142.87 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1404.95 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22750.00 | .00 | 32954.13 | .00 | 55704.13 |
| PRINCIPAL PAID | 13927.02 | .00 | .00 | .00 | 13927.02 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 13927.02 | .00 | .00 | .00 | 13927.02 |

The Debtor's attorney, RONALD D CUMMINGS, was allowed $ 2700.00 and was paid $ 306.00 direct and $ 2394.00 through the plan.

The Trustee received $ 678.98 .

Refunds to the Debtor totaled $ .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                       /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE